```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. F. NO. 05-0178 AWI |
|  | ) |
| Plaintiff, | ) REQUEST BY THE UNITED STATES |
|  | ) FOR DISMISSAL OF INDICTMENT |
| v. | ) [Fed.R.Crim.Proc. 48(a)] |
|  | ) |
| ALEJANDRINA ORCI-ROMERO, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Comes now the United States, by and through its attorneys of record, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, and request leave of the court to dismiss, without prejudice, this Indictment only in this case as to the above-named defendant, in the interest of justice. The government is proceeding with an indictment as

///
///
///
///

1

1 | to the above-named defendant in case 1:05-CR-0204 OWW filed
2 | June 16, 2005.

DATED: June 29, 2005                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By
                                          KAREN A. ESCOBAR
                                        Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   June 29, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE